DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALFONSO ANTONIO GONZALEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-919

_____

September 15, 2021

Appeal from the Circuit Court for Hillsborough County; Michelle
Sisco, Judge.

Alfonso Antonio Gonzalez, pro se.

Ashley Moody, Attorney General, Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

        Affirmed.


CASANUEVA, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.